[2003R00392/MG]

**FILED**
SEP 1 1 2003
AT 8:30 _____ M
WILLIAM T. WALSH
CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No. 03-639 |
| v. WILLIAM WHITTMER | 18 U.S.C. §§ 2422(b) & 2 |
| | INFORMATION |

The defendant having waived in open court prosecution by Indictment, the United States Attorney for the District of New Jersey charges:

In or about March 2002, in the District of New Jersey and elsewhere, defendant

WILLIAM WHITTMER

an adult, did use a facility of interstate commerce, specifically a computer, to knowingly and willfully persuade, induce, entice and coerce D.N.E., a minor, to engage in sexual activity for which any person can be charged with a criminal offense, to wit: the use of a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, contrary to Title 18, United States Code, Section 2251.

In violation of Title 18, United States Code, Sections 2422(b) and 2.

Certified as a true copy on
This Date: 3/23/01
By _____
( ) Clerk
( x ) Deputy

CHRISTOPHER J. CHRISTIE
United States Attorney

CASE NUMBER: 2003R00392

# United States District Court
# District of New Jersey

UNITED STATES OF AMERICA

v.

WILLIAM WITTMER

# INFORMATION FOR

18 U.S.C. §§ 2422(b) & 2

CHRISTOPHER J. CHRISTIE
U.S. ATTORNEY NEWARK, NEW JERSEY

MICHAEL GARCIA
ASSISTANT U.S. ATTORNEY
NEWARK, NEW JERSEY
973-645-2841